IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. ALLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-703-JPG |
| ) | |
| CITY OF BRIDGEPORT, ILLINOIS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Currently pending before the Court are motions to compel Plaintiff to respond to discovery requests filed by Defendant Tony Garrard (Doc. 53) and City of Bridgeport, Max Schauf, Robert Nestleroad, Danny Ash, and Trent Masterson (Doc. 54).

The Court **ORDERS** an **IN-PERSON HEARING** be held on these motions on **July 16, 2010, at 2:00 p.m.** in the East St. Louis Federal Courthouse.

The Clerk if DIRECTED to forward, via certified mail, a copy of this order to Plaintiff Michael D. Allison at the address listed in the Court's docket.

**IT IS SO ORDERED.**

**DATED:  June 8, 2010**

                                                                          *s/ Donald G. Wilkerson*
                                                                          **DONALD G. WILKERSON**
                                                                          **United States Magistrate Judge**