IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. ALLISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BRIDGEPORT, ILLINOIS, et al., )<br>)<br>Defendants. ) | Case No. 3:09-cv-703-JPG |

**ORDER**

Currently pending before the Court are a Motion for Extension of Time to Complete Discovery filed by Plaintiff Michael D. Allison (Doc. 64), a Motion to Compel Plaintiff to Answer Interrogatories filed by Defendants Robert Nestleroad and Max Schauf (Doc. 68), and a Motion for Discovery to Inspect the Property of the Plaintiff filed by Danny Ash, City of Bridgeport, Trent Masterson, Robert Nestleroad, and Max Schauf (Doc. 69).

The Court **ORDERS** an **IN-PERSON HEARING** be held on these motions on **October 7, 2010, at 2:30 p.m.** in the East St. Louis Federal Courthouse. Plaintiff and counsel for Defendants shall appear in person at this hearing.

The Clerk is **DIRECTED** to forward, via certified mail, a copy of this order to Plaintiff Michael D. Allison at the address listed in the Court's docket.

**IT IS SO ORDERED.**

**DATED: August 26, 2010**

                                                   *s/ Donald G. Wilkerson*
                                                  **DONALD G. WILKERSON**
                                                  **United States Magistrate Judge**