UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MICHAEL D. ALLISON,

    Plaintiff,

    v.

CITY OF BRIDGEPORT, ILLINOIS, *a municipality in Lawrence County*, MAX SCHAUF, *individually and in his official capacity as Mayor of Bridgeport*, ROBERT NESTLEROAD, *individually and in his official capacity as Chief of Police of Bridgeport*, TRENT MASTERSON, *individually and in his official capacity as Police Officer of Bridgeport*, DANNY ASH, *individually and in his official capacity as Police Officer and as acting Chief of Police of Bridgeport*, and TORY GARRARD, *individually and in his capacity as owner of Garrard Towing and Repair, the designated towing agent of Bridgeport*,

    Defendants.

Case No. 09-cv-703-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Cross-Claimant Tory Garrard's failure to respond to Cross-Defendants' Motion to Dismiss (Doc. 92).

Pursuant to Local Rule 7.1(c), Garrard's response was due thirty (30) days after said motion was served, but thirty days have passed and Garrard has not responded. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. S.D. Ill. L. R. 7.1(c).

Being fully advised of the premises, the Court hereby **ORDERS** Garrard to **SHOW CAUSE** on or before **February 25, 2011**, why the Court should not construe his failure to

timely respond to Cross-Defendants' dismissal motion as an admission of its merits and grant the relief sought accordingly.

**IT IS SO ORDERED.**
**DATED: February 8, 2011**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**