UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MICHAEL D. ALLISON,

    Plaintiff,

v.

CITY OF BRIDGEPORT, ILLINOIS, *a municipality in Lawrence County*, MAX SCHAUF, *individually and in his official capacity as Mayor of Bridgeport*, ROBERT NESTLEROAD, *individually and in his official capacity as Chief of Police of Bridgeport*, TRENT MASTERSON, *individually and in his official capacity as Police Officer of Bridgeport*, DANNY ASH, *individually and in his official capacity as Police Officer and as acting Chief of Police of Bridgeport*, and TORY GARRARD, *individually and in his capacity as owner of Garrard Towing and Repair, the designated towing agent of Bridgeport*,

    Defendants.

Case No. 09-cv-703-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant/Cross-Claimant Tory Garrard's Response (Doc. 107) to the Court's Memorandum and Order to Show Cause (Doc. 106) of February 8, 2011.

While the Court is less than impressed with Garrard's explanation for not timely responding to Defendants'/Cross-Defendants' Motion to Dismiss (Doc. 92), the Court believes he is sincere in his apology and that he will not engage in such conduct in the future.

Being fully advised of the premises, the Court **DISCHARGES** its Memorandum and Order to Show Cause (Doc. 106) and **ORDERS** that Garrard file his response to Defendants'/Cross-Defendants' dismissal motion no later than February 18, 2011. Further,

the Court **WARNS** Garrard that motions to which he does not timely respond in the future may have their merits deemed admitted. *See* S.D. Ill. L. R. 7.1(c), (g).

**IT IS SO ORDERED.**
**DATED: February 14, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
